| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kathy LaVerne Dozier<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5221<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 22–71571–SCS | |

# Discharge of Debtor 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathy LaVerne Dozier
dba Break the Cycle I, LLC, fdba Break the Cycle, LLC

July 10, 2025                    **For the court:**    Charri S Stewart
                                                       Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Discharge of Debtor**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 22-71571-SCS
Kathy LaVerne Dozier  Chapter 7
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8 | User: MichelleS | Page 1 of 3
Date Rcvd: Jul 10, 2025 | Form ID: 318 | Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol　Definition**

+ 　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ 　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## 　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy LaVerne Dozier, 109 Willow Street, Suffolk, VA 23434-3928 |
| 15967579 | + | Beach Municipal Fcu, 4164 Virginia Beach Blvd, Virginia Beach, VA 23452-1762 |
| 15967586 | + | CTI Real Estate, 1340 Central Park Blvd. # 110, Fredericksburg, VA 22401-4940 |
| 15967582 | + | City of Norfolk, Dept of Utilities, POB 1080, Norfolk, VA 23501-1080 |
| 16022991 | + | City of Norfolk, Citation Collect, P.O. Box 80239, Indianapolis, IN 46280-0239 |
| 15967590 | + | EVMS, P O Box 1980, Norfolk, VA 23501-1980 |
| 15967591 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15967596 | + | Ljfinance, 1450 S Military Hwy, Chesapeake, VA 23320-2653 |
| 15967601 | + | The Foleck Center, 1436 S Independence Blvd, Virginia Beach, VA 23462-5295 |
| 16659731 | + | William Morison, PA-C, Sentara Internal Medicine, 114 N. Main Street, Suffolk, VA 23434-4564 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTCSMITH.COM | Jul 11 2025 04:32:00 | Tom C. Smith, Jr., P.O. Box 1506, Virginia Beach, VA 23451-9506 |
| cr | | EDI: ATLASACQU | Jul 11 2025 04:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Jul 11 2025 04:32:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jul 11 2025 04:32:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15990725 | | EDI: ATLASACQU | Jul 11 2025 04:31:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16068357 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 00:59:50 | Ashley Funding Services by, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16012787 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 00:59:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15967584 | | Email/Text: bankruptcy@credcontrol.com | Jul 11 2025 00:55:00 | Credit Control Corporation, Attn: Bankruptcy, Po Box 120570, Newport News, VA 23612-0000 |
| 15967580 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 11 2025 00:56:14 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15970775 | + | EDI: AISACG.COM | | |

| Recip ID | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|
| | | Jul 11 2025 04:32:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15967581 | + Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 11 2025 00:55:00 | Choice Recovery, Attn: Banktruptcy, 1105 Schrock Rd, Ste 700, Columbu, OH 43229-1168 |
| 16022990 | ^ MEBN | Jul 11 2025 00:46:47 | City of Norfolk, City Treasurer, P.O. Box 3215, Norfolk, VA 23514-3215 |
| 16022992 | + Email/Text: challengerd@portsmouthva.gov | Jul 11 2025 00:57:00 | City of Portsmouth, Paige D. Cherry, Treasurer, 801 Crawford St., Portsmouth, VA 23704-3822 |
| 15967583 | + Email/Text: va_tax_bk@harriscollect.com | Jul 11 2025 00:58:00 | Commonwealth of Virginia, Dept. of Taxation, PO Box 2156, Richmond, VA 23218-2156 |
| 15976342 | + Email/Text: va_tax_bk@harriscollect.com | Jul 11 2025 00:58:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 15967585 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 01:00:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15967588 | Email/Text: DEbankruptcy@domenergy.com | Jul 11 2025 00:55:00 | Dominion Energy, POB 26543, Richmond, VA 23290-0001 |
| 15967589 | + Email/Text: bankruptcy@ercopco.com | Jul 11 2025 00:58:00 | Elizabeth River Tunnels, Bankruptcy Dept., 152 Tunnel Facility Dr., Portsmouth, VA 23707-1802 |
| 15967592 | + EDI: AGFINANCE.COM | Jul 11 2025 04:31:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15967593 | EDI: IRS.COM | Jul 11 2025 04:32:00 | Internal Revenue Services, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15967594 | EDI: JEFFERSONCAP.COM | Jul 11 2025 04:32:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303-0000 |
| 15997438 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 01:00:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15967598 | Email/Text: ml-ebn@missionlane.com | Jul 11 2025 00:55:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348-0000 |
| 15967597 | + Email/Text: Mercury@ebn.phinsolutions.com | Jul 11 2025 00:55:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15967599 | + EDI: NFCU.COM | Jul 11 2025 04:32:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 15978306 | + EDI: AGFINANCE.COM | Jul 11 2025 04:31:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16659730 | + Email/Text: opportunitynotices@gmail.com | Jul 11 2025 00:58:00 | OppLoans, Attn: Bankruptcy, 130 E. Randolph St., Ste. 3400, Chicago, IL 60601-6379 |
| 16108332 | EDI: PRA.COM | Jul 11 2025 04:32:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15967600 | Email/Text: paybyplateinfo@snjb.net | Jul 11 2025 00:56:00 | South Norfolk Jordan Bridge, 2705 W. Sam Houston Pkwy N., Houston, TX 77043-0000 |
| 16659732 | + Email/Text: bcccsubankruptcyemail@sentara.com | Jul 11 2025 00:57:00 | Sentara Obici, POB 79698, Baltimore, MD 21279-0698 |
| 16068359 | + EDI: AIS.COM | Jul 11 2025 04:32:00 | T Mobile, American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15974021 | + EDI: AIS.COM | Jul 11 2025 04:32:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15973017 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 11 2025 00:57:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

| District/off: 0422-8 | User: MichelleS | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: 318 | Total Noticed: 46 |

| 15967602 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | | |
|---|---|---|---|---|
| | | Jul 11 2025 00:57:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 | |
| 15968281 | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | | | |
| | | Jul 11 2025 00:55:00 | United States Attorney's Office, World Trade Center, 101 W. Main St. #8000, Norfolk, VA 23510-1671 | |
| 15967587 | Email/Text: bankruptcy@dmv.virginia.gov | | | |
| | | Jul 11 2025 00:57:00 | DMV, Receipting Center, P. O. Box 27412, Richmond, VA 23269-0001 | |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16068358 | *+ | City of Norfolk, Citation Collect, P.O. Box 80239, Indianapolis, IN 46280-0239 |
| 16659728 | *+ | Elizabeth River Tunnels, Bankruptcy Dept., 152 Tunnel Facility Dr., Portsmouth, VA 23707-1802 |
| 16659729 | *P++ | SOUTH NORFOLK JORDAN BRIDGE LLC, 2705 W SAM HOUSTON PARKWAY N, HOUSTON TX 77043-1609, address filed with court:, South Norfolk Jordan Bridge, 2705 W. Sam Houston Pkwy N., Houston, TX 77043 |
| 15967595 | ##+ | Levy Law Firm, 4452 Corporation Ln, Unit 315, Virginia Beach, VA 23462-3173 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Steve C. Taylor | on behalf of Debtor Kathy LaVerne Dozier stevetaylor@call54legal.com stevetaylor@ecf.inforuptcy.com;mishaelmalone@call54legal.com;katie@call54legal.com;carter@call54legal.com;melinda@call54legal.com;kenny@call54legal.com |
| Tom C. Smith | on behalf of Trustee Tom C. Smith Jr. bankruptcy@tomcsmith.com |
| Tom C. Smith, Jr. | trustee@tomcsmith.com tcsmith@ecf.axosfs.com |

TOTAL: 4